THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIO BRADBY, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Couzens, J.), rendered May 15, 1980, convicting him of sexual abuse in the first degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with

appellant's assigned counsel that there are no meritorious grounds which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California*, 386 US 738; *People v Pearson*, 62 AD2d 1043; *People v Foster*, 58 AD2d 814). Titone, J. P., Lazer, Niehoff and Rubin, JJ., concur.